AIELLO v. CRAMPTON.

(Circuit Court of Appeals, Eighth Circuit. February 26, 1913.)

No. 3,774.

BANKRUPTCY (§ 479*)—COSTS—APPEAL.—TRANSFER OF CAUSE—OBTAINING AND PRINTING RECORD.

Claimant in bankruptcy appealed from an order of the District Court reversing a referee's order allowing the claim to the Supreme Court of the territory of New Mexico, where the case was pending when the territory became a state, when it was transferred to the Circuit Court of Appeals. Claimant paid for printing the transcript in the Supreme Court of the territory, also for a copy of the transcript of the stenographer's

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date. & Rep'r Indexes

notes and docket fee in that court, and, after the transfer, it appearing that the printed record in the court of the territory did not conform to the rules of the Circuit Court of Appeals, he was compelled to pay for reprinting the same. *Held* that, the order appealed from having been reversed, claimant was entitled to recover the costs made in the Supreme Court of the territory, in addition to those taxed in the Circuit Court of Appeals in his favor.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 901; Dec. Dig. § 479.*]

On Transfer from the Supreme Court of the State of New Mexico, under Act Cong. June 20, 1910.

On motion for allowance of costs on appeal. Granted.

For former opinion, see 201 Fed. 891.

Jesse G. Northcutt and A. Watson McHendrie, both of Trinidad, Colo., for the motion.

J. Leahy, H. L. Bickley, and L. S. Wilson, all of Raton, N. M., opposed.

Before SANBORN and CARLAND, Circuit Judges, and W. H. MUNGER, District Judge.

PER CURIAM. This case has heretofore been reversed, and a motion has been made to tax costs in favor of appellant for the expense incurred by him in obtaining a transcript of the record which he filed in the Supreme Court of the territory of New Mexico in the sum of $170.60, and also printing a transcript of the record in the Supreme Court of the territory of New Mexico, in the sum of $172.20, for a copy of the transcript of the stenographer's notes, $34.11, and also docket fee in that court.

It appears from the record that the case was taken from the District Court to the Supreme Court of New Mexico while New Mexico was a territory. The case was pending in the Supreme Court of the territory upon its admission as a state, and by virtue of its enabling act the case was transferred from the Supreme Court to this court. The printed record in the Supreme Court of the territory not being in conformity with the rules of this court, and the number of copies of the records not equaling those required by this court, the record was reprinted here. We think it just and proper that appellant recover the costs thus made in the Supreme Court of the territory, and the amount so paid by him will be charged in addition to the costs of this court in favor of the appellant.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes